

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JACKIE ROSARIO MENDEZ,<br><br>                    Defendant. | CASE NO. 11CR1418-BEN<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information: _21 USC 952 AND 960 - Importation of Methamphetamine_

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/18/11

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE